**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MICHAEL SCOFIELD, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>POWER HOME REMODELING GROUP, LLC<br><br>Defendant. | Case No. 2:26-cv-07016-KBH |

**NOTICE OF APPEARANCE**

Please take notice that the following attorney, who is admitted to practice in this Court, has entered his appearance as counsel in this case for Defendant Power Home Remodeling Group, LLC.

STEVEN W SCHLESINGER, ESQ.
PA Bar No. 332869
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Phone: (212) 808-7740
Email: SSchlesinger@kelleydrye.com

Dated: New York, New York
October 6, 2026

Respectfully submitted,

*/s/ Steven W Schlesinger*

Steven W Schlesinger (PA Bar No. 332869)
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich St
New York, NY 10007
Tel: (212) 808-7740
SSchlesinger@KelleyDrye.com

*Counsel for Defendant Power Home Remodeling Group, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of October 2026, I caused the foregoing to be served via the Court's Electronic Case Filing (ECF) system upon the following:

**Andrew Roman Perrong, Esq.**
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Tel: (215) 225-5529
a@perronglaw.com

*Counsel for Plaintiff and Proposed Class*

Dated: October 6, 2026

*/s/ Steven W Schlesinger*
Steven W Schlesinger