**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MICHAEL SCOFIELD, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>POWER HOME REMODELING GROUP, LLC<br><br>Defendant. | Case No. 2:26-cv-07016-KBH |

**STIPULATION TO EXTEND TIME FOR DEFENDANT POWER HOME TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT**

Plaintiff Michael Scofield ("Plaintiff") and Defendant Power Home Remodeling Group, LLC ("Power Home"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On September 14, 2026, Plaintiff filed his Complaint in the U.S. District Court for the Eastern District of Pennsylvania against Power Home (ECF 1).

2. Power Home has until October 9, 2026 to answer, move, or otherwise respond to the Complaint.

3. Power Home only recently retained undersigned counsel, who are still getting up to speed on the matter and require additional time to investigate the allegations of the Complaint and prepare an appropriate response. This is Power Home's first request for an extension, and it is not made for purposes of delay.

4. Accordingly, the parties stipulate and agree, subject to the Court's approval, that the deadline for Power Home to answer, move, or otherwise respond to the Complaint shall be extended to and including Monday, November 9, 2026.

Dated: October 7, 2026

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
**PERRONG LAW LLC**
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Tel: (215) 225-5529
a@perronglaw.com

*Counsel for Plaintiff and Proposed Class*

Stipulated and agreed to by:

*/s/ Steven W Schlesinger*
Steven W Schlesinger (PA Bar No. 332869)
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7740
SSchlesinger@KelleyDrye.com

Whitney M. Smith (*pro hac vice* forthcoming)
**KELLEY DRYE & WARREN LLP**
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Tel: (973) 503-5923
WSmith@KelleyDrye.com

*Counsel for Defendant Power Home Remodeling Group, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing to be served via the Court's Electronic Case Filing (ECF) system upon the following:

**Andrew Roman Perrong, Esq.**
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Tel.: (215) 225-5529
Email: a@perronglaw.com

*Counsel for Plaintiff and Proposed Class*

Dated: October 7, 2026

*/s/ Steven W Schlesinger*
Steven W Schlesinger