**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MICHAEL SCOFIELD, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>POWER HOME REMODELING GROUP, LLC<br><br>Defendant. | Case No. 2:26-cv-07016-KBH |

# ORDER

**AND NOW**, this 13th day of October 2026, upon consideration of the parties' Stipulation to Extend Time for Defendant to Respond to Plaintiff's Class Action Complaint, it is hereby **ORDERED** that the Stipulation is **APPROVED**. Defendant shall answer, move, or otherwise respond to the Complaint on or before November 9, 2026.

BY THE COURT:

/s/ Kelley B. Hodge

Hon. Kelley B. Hodge
United States District Judge