**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MICHAEL SCOFIELD, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>POWER HOME REMODELING GROUP, LLC,<br><br>Defendant. | Case No. 2:26-cv-07016-KBH |

**DEFENDANT POWER HOME REMODELING GROUP, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant Power Home Remodeling Group ("Power Home" or "Defendant") hereby respectfully moves to dismiss Plaintiff Michael Scofield's ("Plaintiff") Complaint (ECF No. 1) in this matter pursuant to Federal Rule of Civil Procedure 12(b)(6). As described more fully in Defendant's Brief in Support of this Motion to Dismiss, filed contemporaneously herewith, Plaintiff's Complaint fails to state a claim upon which relief can be granted.

Plaintiff brings a single cause of action under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 et seq. Plaintiff cannot sustain this claim because (1) Plaintiff's injury is premised upon the receipt of text messages which are not covered by the TCPA; (2) the remaining alleged voice calls are insufficient to support Plaintiff's claim because they do not amount to "telephone solicitations" under the statute; and (3) Plaintiff does not sufficient plead "willful" or "knowing" violations that would entitle him to treble damages.

The specific bases for this Motion to Dismiss are set forth more fully in the accompanying Brief, which is incorporated herein by reference as if fully stated here, and any other briefs, materials, and argument provided to the Court prior to its ruling thereon.

WHEREFORE, for these reasons, the Court should dismiss Plaintiff's Complaint (ECF No. 1) with prejudice.

Dated: November 9, 2026

Respectfully submitted,

*/s/ Steven W Schlesinger*

Steven W Schlesinger (Pa. Bar No. 332869)
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich St
New York, NY 10007
Tel.: (212) 808-7740
SSchlesinger@KelleyDrye.com

Whitney M. Smith (*pro hac vice* forthcoming)
**KELLEY DRYE & WARREN LLP**
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Tel.: (973) 503-5900
WSmith@KelleyDrye.com

*Counsel for Power Home Remodeling Group, LLC*