**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MICHAEL SCOFIELD, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>POWER HOME REMODELING GROUP, LLC,<br><br>Defendant. | Case No. 2:26-cv-07016-KBH |

**[PROPOSED] ORDER**

**AND NOW,** this _____ day of _______________, _____, upon consideration of Defendant Power Home Remodeling Group, LLC's Motion to Dismiss Plaintiff's Complaint, and all papers submitted in support thereof and in opposition thereto, it is hereby **ORDERED** that the motion is **GRANTED.**

It is further **ORDERED** and **DECREED** that all claims asserted against Defendant Power Home Remodeling Group, LLC are **DISMISSED WITH PREJUDICE**.

______________________________

HON. KELLEY BRISBON HODGE,
U.S.D.J.