**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICHAEL SCOFIELD, individually and on behalf of all others similarly situated, | : | Case No.: 2:26-cv-07016-KBH |
| Plaintiff, | : | |
| v. | : | |
| POWER HOME REMODELING GROUP, LLC | : | |
| Defendant. | : | |

**PROPOSED ORDER DENYING DEFENDANT'S MOTION TO DISMISS**

AND NOW, this ____ day of ____________, 202___, upon consideration of Defendant Power Home Remodeling Group, LLC's Motion to Dismiss, Plaintiff's opposition thereto, and any reply and sur-reply, IT IS HEREBY ORDERED that Defendant's Motion is DENIED.

BY THE COURT:

________________________________
KELLEY BRISBON HODGE
United States District Judge