**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MICHAEL SCOFIELD,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>**POWER HOME REMODELLING GROUP, LLC,**<br><br>*Defendant.* | Case No. 2:26-cv-7016<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED ORDER GRANTING] UNOPPOSED MOTION FOR AUTHORIZATION OF DISCLOSURE OF INFORMATION RESPONSIVE TO SUBPOENA FOR IP ADDRESS INFORMATION**

Upon the Plaintiff's Unopposed Motion and the supporting Memorandum of Law, it is hereby:

ORDERED that Plaintiff may serve immediate discovery on Comcast Cable Communications, LLC ("Comcast") to obtain the identity of the subscriber of IP address 71.56.196.205 between June 19, 2026 at 00:00 UTC and June 21, 2026 at 23:59 UTC Coordinated Universal Time (UTC) by serving a subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure requesting subscriber information; provided, however, that said discovery shall be conditioned on:

(a) Comcast having seven (7) calendar days after service of the subpoena to notify subscribers that their identity is sought by Plaintiff;

(b) each subscriber whose identity is sought having twenty one (21) calendar days from the date of such Comcast notice to file any papers contesting the subpoena; and

(c) payment to Comcast by Plaintiffs of all reasonable costs of:

(i) compiling the requested information;

(ii) providing pre-disclosure notifications to subscribers; and

(iii) all other reasonable costs and fees incurred responding to discovery.

Comcast may provide notice using any reasonable means, including but not limited to written notice sent to the subscriber.

IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to the subpoena issued under Rule 45 of the Federal Rules of Civil Procedure may be used by Plaintiffs solely for the purpose of this Action, including ascertaining the identity behind purported consent information as enumerated in the Complaint and Motion.

IT IS FURTHER ORDERED THAT any subpoena issued pursuant to this order shall be deemed an appropriate court order under 47 U.S.C. § 551.

IT IS FURTHER ORDERED THAT good faith attempts by Comcast to notify the subscriber(s) shall constitute compliance with this order.

Dated: ____________________________

BY THE COURT:

___________________________________

KELLEY BRISBON HODGE

United States District Judge